# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **17–17138 – TJC**   Chapter: **13**

**Ana D Guerra**
Debtor

# DEFICIENCY NOTICE

DOCUMENT: 45 – Assignment of Claims Transfer Agreement 3001 (e) 2 Transferor: U.S. Bank Trust National Association, as Trustee\ (Claim No. 4) To U.S. Bank Trust National Association, as Trustee\ Fee Amount $25 Filed by U.S. Bank Trust National Association. (Ghidotti, Michelle)

PROBLEM: **The following items are deficient for the above pleading, and must be cured by 12/5/19. The Certificate of Service has the incorrect pleading title being served.**

CURE: An Amended Certificate of Service on the above pleading must be filed. (Local Bankruptcy Rule 7005–2). Include the names and addresses of all parties served or attach a copy of the mailing matrix.

CONSEQUENCE: Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

**Sample Certificate of Service: http://www.mdb.uscourts.gov/sites/default/files/FORMS–COS.pdf.**
**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 11/21/19

                                       Mark A. Neal, Clerk of Court
                                       by Deputy Clerk, Natalie Guerra
                                       301–344–3328

cc:   Debtor
      Attorney for Debtor – Craig W. Stewart

defntc (rev. 12/12/2016)